# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                    Appellant,
            vs.
MARSHA KIMBLE-SIMMS,
                    Respondent.

No. 77770

FILED

MAR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, appellant filed a tolling motion in district court before filing his notice of appeal. *See AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 584-85, 245 P.3d 1190, 1192-93 (2010). As that motion has not been resolved by the district court, appellant's notice of appeal is premature, and it fails to confer jurisdiction on this court. *See* NRAP 4(a)(6); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Accordingly, we order this appeal dismissed. Once a

19-12839

written order resolving the tolling motion is entered, any aggrieved party may file a timely notice of appeal. *See* NRAP 4(a)(4).

It is so ORDERED.

_____ *Pickering*, J.
Pickering

_____, J.
Parraguirre

_____ *Cadish*, J.
Cadish

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
Wilbert Roy Holmes
The Simms Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A